700

No. 582. Helvering, Commissioner of Internal Revenue, v. Rankin, Executor. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. John W. Townsend* for respondent.

No. 594. Federal Land Bank of St. Louis v. Priddy, Circuit Judge. February 4, 1935. Petition for writ of certiorari to the Supreme Court of Arkansas granted. *Messrs. Scott W. Hovey, John Thorpe, Peyton R. Evans,* and *J. R. Crocker,* and *Miss May T. Bigelow* for petitioner. *Mr. C. C. Wait* for respondent.

No. 601. Peters Patent Corp. v. Bates & Klinke, Inc. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Joseph B. Jacobs, Benjamin A. Levy,* and *Harold E. Cole* for petitioner. *Mr. Herbert B. Barlow* for respondent.

No. 611. Ivanhoe Building & Loan Assn. v. Orr, Trustee. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Maurice J. Zucker* and *Abraham Alboum* for petitioner. *Messrs. Charles E. Hendrickson* and *Saul Nemser* for respondent.

No. 602. Hartley, Executor, v. Commissioner of Internal Revenue. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. H. B. Fryberger, H. C.*

*Fulton,* and *E. L. Boyle* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, John MacC. Hudson,* and *H. Brian Holland* for respondent.

No. 612. CALIFORNIA OREGON POWER Co. *v.* BEAVER PORTLAND CEMENT Co. ET AL. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. A. E. Reames* for petitioner. *Mr. W. Lair Thompson* for respondents.

No. 625. REALTY ASSOCIATES SECURITIES CORP. ET AL. *v.* O'CONNOR ET AL. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Alfred T. Davison* and *James N. Rosenberg* for petitioners. *Messrs. George C. Levin, Sydney Krause, George J. Hirsch, Archibald Palmer,* and *Samuel M. Brook* for respondents.

No. 663. SNYDER *v.* COMMISSIONER OF INTERNAL REVENUE. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Henry M. Ward* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. P. Jackson* for respondent.

No. 347. EARWOOD, GUARDIAN, *v.* UNITED STATES. See *ante,* p. 695.

No. 640. STOTT REALTY Co. *v.* HEYMANN ET AL. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.